UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND OF TEXAS, INC., and ARMS OF HOPE, nonprofit corporations,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF ARLINGTON, TEXAS,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 3:21-cv-2028-B<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANT'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4, Defendant City of Arlington, Texas hereby appeals to the United States Court of Appeals for the Fifth Circuit from the December 6, 2022 Order of Dismissal with Prejudice [Dkt. 80] rendered in the above-referenced matter and all adverse interlocutory orders that preceded or merged into it, including the September 9, 2022 Memorandum Opinion and Order on the parties' cross-motions for summary judgment. [Dkt. 77].[1]

　　　Dated: January 5, 2023

---

[1] The Order of Dismissal with Prejudice disposed of all remaining claims in the case. [Dkt. 80]. Simultaneous with entry of that Order, the Court closed the case. [*See* Civil Docket CASE #: 3:21-cv-02028-B]. The Order of Dismissal with Prejudice is therefore a final, appealable order into which the adverse September 9, 2022 interlocutory Memorandum Opinion and Order [Dkt. 77] merged.

Respectfully submitted,

*/s/ Chad Arnette*
Chad Arnette
State Bar No. 24014751
chad.arnette@kellyhart.com
Whitney D. Beckworth
State Bar No. 24087400
whitney.beckworth@kellyhart.com
David E. Miles
State Bar No. 24106308
david.miles@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, Dallas Division, using the CM/ECF system of the Court which will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice in accordance with the Federal Rules of Civil Procedure.

*/s/ Chad Arnette*
Chad Arnette